IN THE UNITED STATES DISTRICT COURT OF THE
NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**BILLY SHEPARD, SR.**                                                        **PLAINTIFF**

**VS.**                                     **CIVIL ACTION NO.: 2:10CV48-M-S**

**STONEBRIDGE LIFE INSURANCE COMPANY**                **DEFENDANTS**

<u>**ORDER**</u>

This cause is before the court on the plaintiff's motion to compel the completion of 30(b)6 deposition of James W. King representing Stonebridge Life Insurance Company (#49). The court, having reviewed the record, the motion, and the applicable law and having heard oral argument, finds as follows: For the reasons announced by the court on the record at the conclusion of the parties' oral argument on March 18, 2011, the court finds plaintiff's motion shall be **GRANTED**.

IT IS, THEREFORE, ORDERED that the deposition of James W. King be reconvened pursuant to the order of the court and that the parties are to bear their own costs.

IT IS FURTHER ORDERED that, the following extensions shall be GRANTED:

- Discovery Deadline: April 18, 2011; and

- Motions Deadline: May 4, 2011

SO ORDERED, this the 18th day of March 2011.

                                                     /s/ David A. Sanders
                                                     UNITED STATES MAGISTRATE JUDGE